■ CRUCIFICE LAROTONDO, Respondent, v. JAMES A. LAROTONDO, Appellant. — Appeal from an order which, among other things, denies respondent's motion to punish appellant for contempt for failure to pay alimony from March 29, 1954 to July 12, 1954, modified the judgment of divorce by reducing the alimony from $25 to $15 a week beginning March 29, 1954 and requires appellant to pay $5 a week on account of arrears. Order modified on the facts by striking "29th day of March" from the fourth ordering paragraph and by substituting therefor "12th day of July". As so modified, order affirmed, without costs. It was an improvident exercise of discretion to require appellant to begin the reduced alimony payments at a time and for a period when he was unemployed. Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ., concur.

■ SYLVIA LEIFER, Respondent, v. MAYER LEIFER, Appellant.— In a separation action the appeal is from an order which, inter alia, adjudges appellant in contempt of court for failure to comply with the provisions in a judgment of separation, as amended, which require him to make certain payments for the support of respondent and the issue of the marriage, and to pay a counsel fee. Order affirmed, without costs, on the authority of Altschuler v. Altschuler (246 App. Div. 779) and Dube v. Dube (230 App. Div. 494). If respondent has violated the terms of the judgment, as amended, with respect to appellant's right of visitation, a proper remedy lies in a motion to amend the judgment with respect to the provisions requiring him to make payments for support (Altschuler v. Altschuler, supra; Dube v. Dube, supra). Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ., concur.